UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD L. SEAY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>G. HELENA, et al.,<br><br>　　　　　Defendants. | 1:25-cv-00171-EPG (PC)<br><br>ORDER TRANSFERRING CASE TO THE SACRAMENTO DIVISION OF THE EASTERN DISTRICT OF CALIFORNIA |

　　　　Plaintiff Ronald L. Seay, an inmate proceeding *pro se*, has filed a purported civil rights action pursuant to 42 U.S.C. § 1983, together with a motion to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF Nos. 1, 2).

　　　　In the complaint, Plaintiff sues two state court judges in the Superior Court of Sacramento County. Generally, he alleges due process violations regarding state court litigation taking place in Sacramento County.

　　　　Because the alleged violations took place in Sacramento County, which is part of the Sacramento Division of the United States District Court for the Eastern District of California, *see* Local Rule 120(d), the complaint should have been filed in the Sacramento Division.

　　　　Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper court may, on the court's own motion, be transferred to the proper court. Therefore, this action will be transferred to the Sacramento Division. The Court will not rule on Plaintiff's motion to proceed *in forma pauperis*. (ECF No. 2).

Accordingly, IT IS ORDERED that:

1. This action is transferred to the United States District Court for the Eastern District of California sitting in Sacramento; and

2. All future filings shall refer to the new Sacramento case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 501 "I" Street, Suite 4-200
> Sacramento, CA 95814

IT IS SO ORDERED.

Dated:  **February 12, 2025**         /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE

2